IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VICTOR W. DUVALL,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2717

Opinion filed July 22, 2014.

An appeal from the Circuit Court for Jackson County.
William L. Wright, Judge.

Victor W. Duvall, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee (no appearance), for Appellee.

PER CURIAM.

Upon consideration of appellant's response to the Court's order of June 18, 2014, the Court has determined that the appeal is untimely. Accordingly, the appeal is dismissed.

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.